| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## HOUSTON DIVISION

AMERICAN SURGICAL ASSISTANTS, INC., §
§
    Plaintiff, §
§
v. §    CIVIL ACTION NO. H-09-646
§
GREAT WEST HEALTHCARE OF TEXAS, §
INC., §
§
    Defendant. §    Jury: __X__   Non-Jury:_____

### DOCKET CONTROL ORDER

The disposition of this case will be controlled by the following schedule and deadlines:

1. **NEW PARTIES** shall be joined by:     **N/A**
   The Attorney causing the addition of new parties will provide copies of this Order to new parties.

2. **EXPERT WITNESSES** for the **PLAINTIFF** will be identified by a report listing the qualifications of each expert, each opinion the expert will present, and the basis for it. Due date:    **3/1/2010**

3. **EXPERT WITNESSES** for the **DEFENDANT** will be identified by a report listing the qualifications of each expert, each opinion the expert will present, and the basis for it. Due date:    **5/1/2010**

4. **DISCOVERY** must be completed by:    **6/30/10**
   Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

5. **DISPOSITIVE AND NON-DISPOSITIVE MOTIONS** (except motions in limine) will be filed by:    **7/15/10**

6. **JOINT PRETRIAL ORDER** will be filed by:    **10/15/10**
   Plaintiff is responsible for timely filing the complete Joint Pretrial Order to include Voir Dire and Jury Issues.

7. **DOCKET CALL** is set for:    **Nov. 5, 2010** at 4:00 p.m.
   The Court will set this date. No instrument filed within 7 days before the Docket Call will be considered at Docket Call.

**7/24/09**
Date

EWING WERLEIN, JR.
United States District Judge